# LAW OFFICE OF
# PETER A. ROMERO

Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

January 28, 2019

**VIA ECF**

Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Mejia Lopez v. Chappaqua Station New York LLC, et al.*
             Docket No.: 18-CV-8086 (CS)

Dear Judge Seibel:

    This firm represents the Plaintiff, Maria Lopez ("Plaintiff") in the above-referenced action. We respectfully submit Plaintiff's counsel's billing records for this matter.

                                Respectfully,

                                /s/ Peter A. Romero

Attach

cc: Jonathan Hershberg, Esq. via ECF

Having considered the applicable factors, I hereby approve the settlement as fair and reasonable, on the understanding that Section F does not prevent Plaintiff from providing truthful statements about her experience litigating this case to anyone, whether she is under subpoena or not.

I also approve the attorney fees as fair and reasonable (despite Plaintiff's counsel not providing the billing records by the deadline). I do not make a finding as to the hourly rate (because counsel has not provided information about his experience) or the hours expended (some of which seem a little high -- e.g., two hours to draft a settlement-approval letter that is mostly boilerplate), but I find the total fee, even if it were trimmed a bit, is fair and reasonable overall given the risk Plaintiffs' counsel take on in bringing FLSA cases and the policy of encouraging them to do so.

I don't think I have been provided with the Stipulation of Dismissal as contemplated by Section E of the settlement agreement. Plaintiff shall submit that to the Court no later than 1/30/19.

SO ORDERED.

*Cathy Seibel*
1/28/19
CATHY SEIBEL, U.S.D.J.

LAW OFFICE OF PETER A. ROMERO PLLC   ·   LABOR AND EMPLOY  over
825 Veterans Hwy, Hauppauge, New York 11788   ·   (631) 257-5588