UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARIA ELENA MEJIA LOPEZ, on behalf of
Herself and all others similarly situated,

                *Plaintiff*,

   - against -

CHAPPAQUA STATION NEW YORK LLC,
PETER CHASE and ERIN CHASE,

                *Defendants*.
-----------------------------------------------------------X

Case No. 18-cv-8086 (CS)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, that, pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is discontinued and dismissed with prejudice.

Dated: New York, New York
       January __, 2019

| **LAW OFFICE OF PETER A. ROMERO PLLC** | **TARTER KRINSKY & DROGIN LLP** |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| By: _____ 1/30/19 | By: _____ 1/30/19 |
| Peter A. Romero, Esq. | Laurent S. Drogin, Esq. |
| 825 Veterans Highway, Suite B | Jonathan S. Hershberg, Esq. |
| Hauppauge, New York 11788 | 350 Broadway, 11th Floor |
| (631) 257-5588 | New York, New York 10018 |
| primero@romerolawny.com | (212) 216-8000 |
| | ldrogin@tarterkrinsky.com |
| | jhershberg@tarterkrinsky.com |

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.   1/30/19

The Clerk shall close the case.

{Client/008171/1/01744112.DOC;1 }